In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00390-CR**
_____

**ZELLA MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-10179**

**MEMORANDUM OPINION**

Zella Morris appealed from a sentence pronounced on April 28, 2013. The notice of appeal was filed with the trial court on September 5, 2014, more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notice of appeal. We notified the parties that the notice of appeal did not appear to have been timely filed. Morris filed a response, but failed to establish that her notice of appeal was timely filed.

1

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It does not appear that Morris obtained an out-of-time appeal from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 21, 2014
Opinion Delivered October 22, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2